**Lesly GATHERIGHT, Plaintiff-Appellant**

v.

**Haley BARBOUR; Jim Hood; Ben Creekmore; Lon Stallings; Honey Ussery; Mickey Mallette; Calhoun County Mississippi Sheriff's Office; Dewayne Winter; Tracy McGuirt, Defendants-Appellees**

No. 17-60149

United States Court of Appeals, Fifth Circuit.

Filed December 13, 2017

Lesly Gatheright, Pro Se

Paul Eldridge Barnes, Esq., Office of the Attorney General for the State of Mississippi, Jackson, MS, for Defendants-Appellees Jim Hood, Ben Creekmore, Lon Stallings, Honey Ussery, Mickey Mallette

Daniel J. Griffith, Esq., Jamie Ferguson Jacks, Esq., Mary McKay Lasker, Jacks Griffith Luciano, P.A., Cleveland, MS, for Defendants-Appellees Calhoun County Mississippi Sheriff's Office, Dewayne Winter, Tracy McGuirt

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM: *

Plaintiff Lesly Gatheright appeals the dismissal of his claims against several Mississippi state and county actors stemming from his arrest and indictment on two charges of felony bad check. We have carefully considered this appeal in light of the parties' briefs and pertinent portions of the record. Having done so, we find no error in the district court's dismissal of the claims. The district court's judgment is AFFIRMED for essentially the same reasons articulated by that court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.